ADAM PAUL LAXALT
Attorney General
STEVE SHEVORSKI, ESQ.
Head of Complex Litigation
Nevada Bar No.: 8256
DONALD BORDELOVE, ESQ.
Deputy Attorney General
Nevada Bar No.: 12561
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3416

*Attorneys for the Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA,<br><br>             Plaintiff,<br>vs.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; DOE PERSONS 1 THROUGH 10; DOE ENTITIES 1 THROUGH 10; DOES CORPORATIONS 1 THROUGH 10,<br><br>             Defendants. | Case No.: 2:16-cv-01838-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between the Parties, Plaintiff, State of Nevada, by and through its attorneys of record, Adam Paul Laxalt, Attorney General of the State of Nevada, Steven Shevorski, Head of Complex Litigation, and Donald Bordelove, Deputy Attorney General, and Defendant, The Insurance Company of the State of Pennsylvania, by and through its counsel of record, Howard Russell of the law firm of Weinberg, Wheeler, Hudgins, Gunn, and Dial, that the Complaint on file herein is dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

It is further stipulated each party to bear its own attorney's fees and costs.

DATED: October 20, 2016

ADAM PAUL LAXALT
Attorney General

#8256

Steve Shevorski, Esq. (SBN 8256)
Donald Bordelove, Esq. (SBN 12561)
555 E. Washington Ave., #3900
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED: October 20th, 2016

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

13940

Howard Russell, Esq. (SBN 8879)
6385 S. Rainbow Blvd., #400
Las Vegas, NV 89118
*Attorneys for The Insurance Company
of the State of Pennsylvania*

**ORDER**

ITS IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 20, 2016

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE